UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA          JS-6

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-01601-JDE | Date | February 2, 2024 |
|----------|-------------------|------|------------------|
| Title | Rosemarie Galloway v. Princess Cruise Lines, Ltd., et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|------------------------|-----------------------------------------------|

| Maria Barr | n/a |
|------------|-----|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**          (In Chambers) Order re Notice of Settlement, Vacating Pending Dates

On February 2, 2024, Plaintiff filed a Notice of Settlement, advising that the parties had reached a settlement of all claims at issue in the case and advising that the parties will file a stipulation of dismissal within 90 days. Dkt. 18 ("Notice").

Based on the Notice, the Court vacates all current dates and deadlines in the action, and directs the Clerk's Office to administratively close the case (JS-6). Counsel for Plaintiff is ORDERED to, within 90 days of the date of this Order, file either a (1) Stipulation of Dismissal or (2) a Request to Reopen the Case, with the Court retaining jurisdiction to reopen the case for 90 days.

IT IS SO ORDERED.