Carol Lynn Finklehoffe. CA Bar No. 220309
LIPCON MARGULIES & WINKLEMAN
2800 Ponce De Leon, Bvld, Suite 1480
Coral Gables, FL 33134
Tel: 305-373-3016
Fax: 305-373-6204
Email: cfinklehoffe@lipcon.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE GALLOWAY,<br><br>           Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a corporation for profit, PARK WEST GALLERIES, INC., a corporation for profit,<br><br><br>           Defendants. | CASE NO.: 2:23-CV-01601 JDE (JDEx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(A)(ii)**<br><br><br>Magistrate Judge: John D. Early<br>Complaint Filed: March 3, 2023<br>Trial Date: March 5, 2024 |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties to this litigation, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his or its own costs and fees.

Pursuant to Rule 41(a)(1)(A)(ii), this dismissal with prejudice shall be effective without a Court Order.

Respectfully submitted,

---

Title                                                                 case no: 2:23-CV-01601-JDE

1

Date: __March 14, 2024_____ LIPCON, MARGULIES & WINKLEMAN, P.A.

By: */s/ Carol Finklehoffe*
Carol Finklehoffe
Attorney for Plaintiff GALLOWAY

Date: March 14, 2024   BROWN SIMS, P.C.

By: */s/ Marlin K. Green*
Marlin K. Green
Attorney for Defendants PARK WEST and PRINCESS

### ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: March 14, 2024

LIPCON MARGULIES & WINKLEMAN

BY: *s/ Carol L. Finklehoffe*
CAROL L. FINKLEHOFFE
Attorney for Plaintiff GALLOWAY

Title                                                          case no: 2:23-CV-01601-JDE

2